Case 10-35807    Doc 1    Filed 08/10/10    Entered 08/10/10 21:07:16    Desc Main
           Document      Page 1 of 19

Case 10-35807    Doc 1    Filed 08/10/10    Entered 08/10/10 21:07:16    Desc Main
Document    Page 4 of 19

Case 10-35807    Doc 1    Filed 08/10/10    Entered 08/10/10 21:07:16    Desc Main
            Document      Page 10 of 19

Case 10-35807    Doc 1    Filed 08/10/10    Entered 08/10/10 21:07:16    Desc Main
Document    Page 15 of 19

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jeffrey S. Voyda*

Case No.
Chapter  *7*

_____ / Debtor

Attorney for Debtor:  *Jeff Whitehead*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____

*/s/ Jeffrey S. Voyda*
Debtor